UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DEONDRA MARKEITH KEEL-
HAYWOOD #958405,

                                                                Honorable Phillip J. Green

        Plaintiff,

v.                                                      Case No. 1:24-cv-303

UNKNOWN TOOGOOD, et al.,

        Defendants.
_____/

## **JUDGMENT**

      Consistent with the Opinion filed this day, Defendants' Motion for Summary Judgment, (ECF No. 19), is granted and this matter is terminated.


Dated:  June 23, 2025                /s/ Phillip J. Green
                                                   PHILLIP J. GREEN
                                                   United States Magistrate Judge